UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DISTRICT

| | |
|---|---|
| Maverick Capital Partners, LLC, | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 1:25-cv-6255 |
| | ) |
| Vs. | ) Honorable Robert W. Gettleman, presiding |
| | ) |
| Affluence Corporation, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CITATION TO DISCOVER ASSETS

COMES NOW the Plaintiff, Maverick Capital Partners, LLC, by and through the undersigned attorney and provides this notice of CITATION TO DISCOVER ASSETS, and states as follows:

Please Take Notice, that on November 3, 2025 at 9:30 a.m. the Clerk for the United States District Court for the Northern District of Illinois, Eastern District issued Citations to Discover Assets to BMO HARRIS BANK NA and Stephen J. Czarnik, Esq., Czarnik & Associates.

Respectfully submitted,

By: /s/ George W. Svoboda
Attorney for Plaintiff

George W. Svoboda
ARDC: 6220463
The Law Office of George W. Svoboda
P.O. Box 1299
McHenry, IL 60051
Phone: (224) 360-0696
Email: george@georgesvobodalaw.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2025, I electronically filed the foregoing <u>NOTICE OF CITATION TO DISCOVER ASSETS</u> with the Clerk of the Court using the CM/ECF system, and mailed notification and copies of the citations via First Class U.S. Mail postage prepaid to:

Affluence Corporation
c/o Registered Agents, Inc.
1500 N. GRANT ST, STE R
Denver, CO 80203

                                          By: <u>/s/ George W. Svoboda</u>
                                                 Attorney for Plaintiff