MR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| Maverick Capital Partners, LLC, | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 1:25-cv-6255 |
| | ) |
| Vs. | ) Honorable Robert W. Gettleman, presiding |
| | ) |
| Affluence Corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| BMO HARRIS BANK NA | ) |
| Respondent (Bank). | ) |

FILED
DEC 08 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## ANSWER TO CITATION PROCEEDING
## (TO BE FILLED OUT BY DEBTOR'S BANK)

| | |
|---|---|
| **To creditor:** fill out section 1. In **1a**, enter the bank's name. | **1. Information about the respondent and the debtor:**<br>a. Bank's name: __BMO BANK__ |
| In **1b**, enter the bank's current address. | b. Bank's address: __13505 CALIFORNIA ST__<br>  *Street Address* |
| In **1c**, enter the debtor's name. | __OMAHA, NE 68154__<br>*City*   *State*   *ZIP* |
| In **1d**, enter the last 4 digits of the debtor's Social Security Number. | c. Debtor's name: __AFFLUENCE CORPORATION__<br>  *First*   *Middle*   *Last*<br>d. Debtor's social security number *(last 4 digits)*: _____ |
| In **1e**, list the amount of the judgment. | e. Judgment $__0.00__ |

**NOTICE TO BANK:** This is a *Citation*. You might need to freeze up to double the on the source of the deposits. See question 2.

5

| To creditor: leave the rest of the form blank. |
|---|
| To bank: fill out the remaining parts of this form and sign it. Then file this *Answer to Citation Proceeding* with the court and send a copy to the creditor. Contact the Circuit Clerk for instructions on how to file this *Answer* with the court. |

2. **Interrogatories:**
   a. On the date of service of the *Citation*, do you have any personal property or money belonging to the debtor?
   ☐ Yes ☒ No ***If no, do not fill out the rest of the form. Sign below.***

   b. Is any of the money deposited into an IRA?
   ☐ Yes. If yes, do not freeze the IRA accounts. ☐ No

   c. Have all of the deposits made during the past 90 days been electronically deposited and identified as Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension, or Retirement?
   ☐ Yes. If yes, do not freeze the account. ☐ No

   d. Is the account's current balance equal to or less than the total of the exempt deposits? ☐ Yes. If yes, do not freeze the account. ☐ No

   If you checked **No** in **b, c,** and **d**, then freeze up to double the amount of the judgment.

3. **Property:**
   a. ☐ Account

   | | Account Type | Account Balance | Amount Withheld |
   |---|---|---|---|
   | 1. | | $ | $ |
   | 2. | | $ | $ |
   | 3. | | $ | $ |
   | 4. | | $ | $ |
   | 5. | | $ | $ |
   | 6. | | $ | $ |

   b. ☐ Safety Deposit ☐ Yes ☐ No

   | | Describe Property | Value of Property | Amount Withheld |
   |---|---|---|---|
   | 1. | | $ | $ |
   | 2. | | $ | $ |

   c. ☐ Other property *(rents, mortgages, etc.)*
   d. ☐ Less Right of Offset for Loans $_____
   e. **Total Amount Frozen:**$_____

6

4. **List all electronic monthly deposits:**

| | Account Number | Source of Deposit | Monthly Amount |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |

11

5. **List all joint account holders or anyone who has a claim on the property:**

> If all of the property belongs to another person who is not the debtor, do not freeze the property.

a. _____
    First                Middle                Last Name

_____
Street

_____
City                        State                    ZIP

Account Information: Type: ☐ Checking ☐ CD ☐ Savings Account Number: _____

b. _____
    First                Middle                Last Name

_____
Street

_____
City                        State                    ZIP

Account Information: Type: ☐ Checking ☐ CD ☐ Savings Account Number: _____

c. _____
    First                Middle                Last Name

_____
Street

_____
City                        State                    ZIP

Account Information: Type: ☐ Checking ☐ CD ☐ Savings Account Number: _____

I certify that everything in the *Answer to Citation Proceeding* is true and correct. I understand that making a false statement on this form is perjury and has penalties by law under.

| | | |
|---|---|---|
| Under the Code of Civil Procedure, -735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | *Your Signature* | |
| | **LISA SHERIDAN**<br>*Print Your Name* | **13505 CALIFORNIA ST**<br>*Street Address* |
| If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name. | **DPO.GARNISHMENTS@BMO.COM**<br>*Email* | **OMAHA, NE 68154**<br>*City, State, ZIP* |
| Enter your complete address, telephone number, and email address, if you have one. | *Attorney # (if any)* | **331-281-5738**<br>*Telephone* |
| Mail or hand-deliver a copy of this completed *Answer* to the Circuit Clerk, plaintiff, and debtor. | | |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

8



BMO

13505 California Street, NE-BBP-01-0
Omaha, NE 68154





FIRST-CLASS
NONAUTO
PRSRT LTR

US POSTAGE (IMI) PITNEY BOWES

ZIP 68154 $ 000.68⁶
02 7W
0008033522 DEC 01 2025



RECEIVED
DEC 08 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT
219 S DEARBORN ST
CHICAGO, IL 60604

007   JALBAMP 60604